Irene Ruzin, Attorney at Law (CSB #125763)
Law Offices of Irene Ruzin
16311 Ventura Blvd., Suite 900
Encino, CA 91436
TEL: (818) 325-2888 FAX: (818) 325-2890
ireneruzin@earthlink.net

Attorney for Plaintiff, STELLA LIVINGSTON, et al.,

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| STELLA LIVINGSTON, O/B/O, A.L.W., <br><br> Plaintiff, <br> vs. <br><br> MICHAEL J. ASTRUE, <br> Commissioner of Social Security, <br><br> Defendants. | ) Case No.: CV 09-6261 MLG <br> ) <br> ) [~~PROPOSED~~]  <u>ORDER</u> <br> ) <u>AWARDING EAJA FEES</u> <br> ) <br> ) <br> ) <br> ) MARC L. GOLDMAN <br> ) UNITED STATES MAGISTRATE <br> ) JUDGE <br> ) |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), **IT IS ORDERED** that attorney's under the Equal Access to Justice Act ("EAJA") are awarded  in the amount of FOUR THOUSAND TWO HUNDRAD HUNDRED DOLLARS ($4,200.00) as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: <u>August 12, 2010</u>

                                                  _____
                                                MARC L. GOLDMAN
                                                UNITED STATES MAGISTRATE
                                                JUDGE